No. 85–257. GRACZYK ET AL. *v.* UNITED STEELWORKERS OF AMERICA. C. A. 7th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▬▬▬▬▬▬▬▬